THOMAS J. COLEMAN, JR., Esq. (SBN: 145663)
Associate Counsel, Legal Services
WRITERS GUILD OF AMERICA, WEST, INC.
7000 W. Third Street
Los Angeles, California 90048

(323) 782-4521
(323) 782-4806 FAX

Attorney for Petitioner

FILED
CLERK, U.S. DISTRICT COURT
AUG 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

____ Priority
____ Send
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Writers Guild of America, West, Inc. and Trina Calderon,<br><br>　　　　　　　Petitioners,<br><br>vs.<br><br>Slate of Eight, LLC and Alan Jacobs,<br><br>　　　　　　　Respondents. | CASE NO.: CV09-03870 GHK (VSKx)<br><br>[PROPOSED] JUDGMENT<br><br>DATE: August 3, 2009<br>TIME: 9:30 a.m.<br>CTRM: Roybal 650<br><br>HONORABLE GEORGE H. KING |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming the Arbitrator's Award of Petitioners Writers Guild of America, West, Inc. ("WGAW") and Trina Calderon came on for consideration by the Honorable George H. King. Respondents Slate of Eight LLC and Alan Jacobs were duly served with the Motion and the Notice of Motion but failed to file a responsive pleading. The Court having considered the pleadings and documents on file orders as follows:

*Pursuant to our August 3, 2009 Order granting petitioner's motion,*

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in this proceeding as follows:

　　1.　　The Arbitration Award ("Award") signed by Joel Grossman, the sole neutral Arbitrator, on August 26, 2008 is confirmed in all respects.

1

2. Respondents Slate of Eight, LLC and Alan Jacobs are jointly ordered to immediately pay the WGAW on behalf of Trina Calderon the amount of $18,425, plus interest at the rate of 1.5% per month accruing from July 27, 2007 and continuing to accrue until paid in full.

3. Respondents Slate of Eight, LLC and Alan Jacobs are jointly ordered to immediately pay the WGAW on behalf of Alan Jacobs the amount of $28,250.

4. Respondents Slate of Eight, LLC and Alan Jacobs are jointly ordered to immediately pay to the WGAW attorney's fees in the amount of $2,500 and costs in the amount of $350.

DATED: 8/3/09

_____
United States District Judge

W:\Compensation cases\Co08013\PTC [Proposed] Judgment.doc