1 | Danielle M. Forbes (SBN 193851)
WRITERS GUILD OF AMERICA, WEST, INC.
2 | 7000 West Third Street
Los Angeles, CA 90048
3 | Telephone: (323) 782-4521
Fax: (323) 782-4806
4 | Attorney for Applicant/Judgment Creditor
    Writers Guild of America, West, Inc.

Matthew Mickelson
Law Offices of Matthew C. Mickelson
16055 Ventura Blvd., Ste. 1230
Encino, CA 91436
Telephone: (818) 382-3360
Attorney for Applicant/Judgment Creditor
    Trina Calderon

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Writers Guild Of America, West, Inc., a California corporation and Trina Calderon,<br><br>    Applicants and Judgment Creditors,<br><br>vs.<br><br>Slate Of Eight, LLC, and Alan Jacobs,<br><br>    Respondents and Judgment Debtors.<br><br>Relating to unpaid compensation in connection with the theatrical motion picture project entitled "DOWN FOR LIFE." | CASE No. 09-03870 GHK (VBKx)<br><br>RENEWAL OF JUDGMENT BY CLERK<br><br>Kiry K. Gray<br>Clerk of United States District Court |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, having considered the Application for Renewal of Order and Judgment Originally Entered August 3, 2009, of Applicants/Judgment Creditors Writers Guild of America, West, Inc. ("WGAW") and Trina Calderon:

1

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Order and Judgment entered August 3, 2009, is renewed by Kiry K. Gray, Clerk of United States District Court as follows:

1. The Judgment is renewed in the amount of $80,708.13 as follows:

    (a) Respondents/Judgement Debtors Slate of Eight, LLC, and Alan Jacobs are jointly ordered to immediately pay the WGAW on behalf of Alan Jacobs the amount of $28,250;

    (b) Respondents/Judgment Debtors Slate of Eight, LLC, and Alan Jacobs are jointly ordered to immediately pay to the WGAW attorney's fees in the amount of $2,500 and costs in the amount of $350;

    (c) Respondents/Judgment Debtors Slate of Eight, LLC and Alan Jacob remain jointly and severally liable for, and shall immediately pay, $49,608.13 to Trina Calderon, which amount represents interest accrued in the amount of $24,769.26 after Judgment computed from July 27, 2007, to January 12, 2015, the balance of $13,735 remaining after partial payment by Respondents/Judgment Debtors, and interest accrued in the amount $11,113.87 after partial payment computed from January 12, 2015, through July 12, 2019.

2. The current amount owed by Respondents is $80,708.13. Please see the attached Exhibit for calculations.

Dated: __July 12, 2019__                   _Sharon Hall Brown_____
                                                              Deputy Clerk


KIRY K. GRAY, CLERK OF COURT

# Breakdown of Principal of Interest
# Exhibit - Renewal of Judgment by Clerk

| Amount Due as of Filing of Renewal | |
|---|---|
| *Judgment Assigned to Calderon ("Calderon Portion")* | |
| Principal amount due for unpaid compensation to Tina Calderon | $ 18,425.00 |
| Daily interest accruing monthly at 1.5% per month | $ 9.08 |
| Interest accrued since July 27, 2007 through January 12, 2015 | $ 24,769.26 |
| Partial payment for Release of Lien | $ (4,700.00) |
| Interest accrued since January 12, 2015 through July 12, 2019 | $11,113.87 |
| Calderon Portion Total | $ 49,608.13 |
| | |
| *Judgment Remaining with WGAW ("WGAW Portion")* | |
| Principal amount due for unpaid compensation to Alan Jacobs | $ 28,250.00 |
| WGAW attorney's fees | $ 2,500.00 |
| WGAW costs | $ 350.00 |
| WGAW Portion Total | $ 31,100.00 |
| **Grand Total Due, Owing, and Unpaid** | **$ 80,708.13** |